IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRACO INC. and <br> GRACO MINNESOTA INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> CARLISLE CONSTRUCTION <br> MATERIALS, LLC, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 21-245 (CFC) (SRF) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CARLISLE'S NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, Pursuant to Rule 45 of the Federal Rules of Civil Procedure, counsel for Defendant Carlisle Construction Materials ("Defendant" or "Carlisle"), will serve the attached Deposition Subpoena (Exhibit 1) on ICAFe, Inc.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Gregg F. LoCascio, P.C.<br>Matthew S. Owen, P.C.<br>Nathan S. Mammen<br>Nichole DeJulio<br>Karthik Ravishankar<br>Meredith Pohl<br>Cole T. Tipton<br>Mary-Kathryn Hawes<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>(202) 389-5000<br><br>December 29, 2023 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Anthony D. Raucci*<br><br>Jack B. Blumenfeld (#1014)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Carlisle Construction Materials, LLC and Carlisle Companies, Inc.* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 29, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Nitika Gupta Fiorella, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Joseph A. Herriges, Esquire<br>Conrad A. Gosen, Esquire<br>Sarah E. Jack, Esquire<br>Brandon J. Pakkebier, Esquire<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN  55402<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)