# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Anthony Raucci**
(302) 351-9392
(302) 498-6201 FAX
araucci@morrisnichols.com

November 1, 2024

The Honorable John F. Murphy  *VIA ELECTRONIC FILING*
U.S. District Court, E.D. Pa.
3809 U.S. Courthouse  **REDACTED - Public Version**
601 Market Street, Room 3809
Philadelphia, PA 19106

Re: *Graco, Inc. v. Carlisle Construction Materials, LLC*,
C.A. No. 21-245-JFM (D. Del.)

Dear Judge Murphy:

As requested by the Court during the October 31, 2024 oral argument, please find attached the Rebuttal Expert Report and Disclosure of Dudley J. Primeaux, II.

Respectfully,

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)

cc: All Counsel of Record (via cm/ecf and email)

**Confidential Version Filed: 11/1/2024**
**Redacted Version Filed: 11/8/2024**