IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRACO INC. and<br>GRACO MINNESOTA INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CARLISLE CONSTRUCTION<br>MATERIALS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)C. A. No. 21-245 (JFM)<br>)<br>)<br>)<br>)<br>)<br>) |
| CARLISLE CONSTRUCTION MATERIALS,<br>LLC, and CARLISLE COMPANIES, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>GRACO INC. and<br>GRACO MINNESOTA INC.,<br><br>Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **VERDICT FORM**

**Instructions:** Begin with question 1 on the following page. Follow the prompts in italics from there.

## **PATENT INFRINGEMENT**

1.    Did Carlisle infringe claim 10 of the '172 Patent?  ("YES" is a finding for Graco. "NO" is a finding for Carlisle.)

**YES**  _____

**NO**  __✗_____

*Proceed to Question 2.*

## **PATENT INVALIDITY**

2.    Are any of the following claims of the '172 Patent are invalid as **anticipated**?  ("YES" is a finding for Carlisle. "NO" is a finding for Graco.)

Claim 1:    **YES** _____    **NO** __✗_____

Claim 10:    **YES** __✗_____    **NO** _____

*Proceed to Question 3.*

3.    Are any of the following claims of the '172 Patent are invalid as **obvious**?  ("YES" is a finding for Carlisle. "NO" is a finding for Graco.)

Claim 1:    **YES** _____    **NO** __✗_____

Claim 10:    **YES** _____    **NO** __✗_____

*Proceed to Question 4.*

## PATENT UNENFORCEABILITY DUE TO INEQUITABLE CONDUCT

4.    Did any of the following people make a material omission or misrepresentation to the Patent Office?  ("YES" is a finding for Carlisle. "NO" is a finding for Graco.)

Jon McMichael:    **YES** _____    **NO** ___✕___

Steve Sinders:    **YES** _____    **NO** ___✕___

Doug Zittel:    **YES** _____    **NO** ___✕___

David Badger:    **YES** _____    **NO** ___✕___

*If YES to <u>any</u>, then proceed to Question 5.*
*If NO to <u>all</u>, then proceed to Patent Damages (Question 6) and follow the directions there.*

*Answer this Question 5 only for individuals for whom you found "YES" in Question 4.*

5.    For each individual for whom you found "**YES**" in Question 4, was the material omission or misrepresentation made with the specific intent to deceive the Patent Office?  ("YES" is a finding for Carlisle. "NO" is a finding for Graco.)

Jon McMichael:    **YES** _____    **NO** _____

Steve Sinders:    **YES** _____    **NO** _____

Doug Zittel:    **YES** _____    **NO** _____

David Badger:    **YES** _____    **NO** _____

*If YES to <u>any</u>, then proceed to Antitrust Liability (Question 7) and follow the directions there.*
*If NO to <u>all</u>, then proceed to Patent Damages (Question 6) and follow the directions there.*

### PATENT DAMAGES

*Directions: You shall answer this Question 6 __only if__ you found that claim 10 of the '172 Patent is infringed, not invalid, and not unenforceable.*

*You need __not__ answer this question if __any__ of the following is true:*

- *You answered "NO" to Question 1*
- *You answered "YES" to Question 2 for claim 10*
- *You answered "YES" to Question 3 for claim 10*
- *You answered "YES" to any part of Question 5.*

6.    What amount of damages do you award to Graco for Carlisle's infringement of the '172 Patent?

$ _____

*If you answered Question 6, then proceed to the final page to sign and date the verdict sheet. Otherwise, proceed to Antitrust Liability (Question 7) and follow the directions there.*

## ANTITRUST LIABILITY

***Directions: You shall answer the antitrust questions <u>only if</u> you found the '172 Patent unenforceable because of inequitable conduct. Specifically,***

- ***If you answered "YES" to <u>any</u> part of Question 5, then proceed to question 7.***
- ***If you answered "NO" to <u>all</u> parts of Question 5 or left Question 5 entirely blank, then proceed to the final page to sign and date the verdict sheet.***

7.   Did Graco enforce the '172 patent against Carlisle with knowledge that the '172 Patent was procured or maintained by knowing and willful fraud on the Patent Office? ("YES" is a finding for Carlisle. "NO" is a finding for Graco.)

**YES**   _____

**NO**   _____

***If YES, then proceed to Question 8.***
***If NO, then proceed to the final page to sign and date the verdict sheet.***

8.   By enforcing the '172 Patent, did Graco willfully acquire or maintain monopoly power in the relevant market, thereby proximately causing injury to Carlisle's business or property? ("YES" is a finding for Carlisle. "NO" is a finding for Graco.)

**YES**   _____

**NO**   _____

***Proceed to Question 9.***

9.   By enforcing the '172 Patent, did Graco specifically intend to achieve, and have a dangerous probability of achieving, monopoly power in the relevant market, thereby proximately causing injury to Carlisle's business or property? ("YES" is a finding for Carlisle. "NO" is a finding for Graco.)

**YES**   _____

**NO**   _____

***Proceed to Antitrust Damages (Question 10) and follow the directions there.***

## ANTITRUST DAMAGES

*Directions: You shall answer this Question 10 only if you found antitrust liability. Specifically, you should answer this Question 10 only if:*

- *You answered "YES" to Question 7 and*
- *You also answered "YES" to either Question 8 or Question 9.*

10.    What is the amount of damages, if any, that Carlisle is entitled to as lost profits?

$ _____

*Proceed to Question 11.*

11.    Did Carlisle pay attorneys' fees to defend against Graco's enforcement of the '172 Patent? ("YES" is a finding for Carlisle. "NO" is a finding for Graco.)

**YES**    _____

**NO**    _____

*Proceed to the final page to sign and date the verdict sheet.*

## SIGNATURE

*When the verdict sheet is complete and unanimously agreed upon, the foreperson shall sign and date the verdict form and notify court staff.*

Date: 12/12/2024

███████████████████████████

Foreperson