IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRACO INC. and GRACO MINNESOTA INC.,<br><br>       Plaintiffs,<br><br>  v.<br><br>CARLISLE CONSTRUCTION MATERIALS, LLC,<br><br>       Defendant. | C.A. No. 21-245-JFM |
| CARLISLE CONSTRUCTION MATERIALS, LLC, and CARLISLE COMPANIES, INC.,<br><br>       Counterclaim Plaintiffs,<br><br>  v.<br><br>GRACO INC. and<br>GRACO MINNESOTA INC.,<br><br>       Counterclaim Defendants. | |

**FINAL JUDGMENT**

      **AND NOW**, this 27th day of December 2024, following the JURY VERDICT of December 12, 2024 (D.I. 544), **JUDGMENT** is hereby entered under Rule 58 of the Federal Rules of Civil Procedure as follows:

1. Judgment is entered in favor of Defendant Carlisle Construction Materials, LLC ("Defendant"), and against Plaintiffs Graco Inc. and Graco Minnesota Inc. ("Plaintiffs") with respect to Plaintiffs' claim of infringement of claims 1, 3, 4, 10, and 12 of U.S. Patent No. 7,527,172.

2. Judgment is entered in favor of Plaintiffs and against Defendant with respect to the validity of claim 1 of U.S. Patent No. 7,527,172.

3. Judgment is entered in favor of Defendant and against Plaintiffs with respect to the validity of claim 10 of U.S. Patent No. 7,527,172.

4. Judgment is entered in favor of Plaintiffs and against Defendant with respect to Defendant's claims of patent unenforceability due to inequitable conduct.

5. Judgment is entered in favor of Counterclaim Defendants Graco Inc. and Graco Minnesota Inc. and against Counterclaim Plaintiffs Carlisle Construction Materials, LLC and Carlisle Companies, Inc. ("Counterclaim Plaintiffs") with respect to Counterclaim Plaintiffs' claims of *Walker Process* antitrust violations.

**IT IS FURTHER ORDERED** that each party will bear its own costs, expenses, and attorneys' fees. This is a final judgment which disposes of all claims and counterclaims against all parties in this case. All relief requested in this case but not expressly granted herein is hereby **DENIED**.

_____
MURPHY, J.